IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

WILLIAM D. HOWARD                                                                    PLAINTIFF

      v.                                              CIVIL NO. 07-1003

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                      DEFENDANT

**O R D E R**

     On this 21st day of April 2008, the court has before it for consideration plaintiff's request for attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. For reasons set forth in the report and recommendation filed by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas, on March 2, 2008, the court finds that the Magistrate's recommendations should be adopted *in toto* and hereby awards plaintiff's attorney fees in the amount of **$2735.94**, representing 15.50 hours attorney hours at the rate of $152.00 per hour and $379.94 in expenses. This amount shall be paid in addition to, and not out of, any past-due benefits plaintiff may be awarded in the future.

     IT IS SO ORDERED.

                                           /s/ Harry F. Barnes
                                           HONORABLE HARRY F. BARNES
                                           UNITED STATES DISTRICT JUDGE